| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BREEN, J. DANIEL | 2. Court or Organization<br><br>WESTERN DISTRICT OF TENNESSEE | 3. Date of Report<br><br>05/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>417 UNITED STATES COURTHOUSE<br>111 SOUTH HIGHLAND AVENUE<br>JACKSON, TN 38301 |
|---|

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL. | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancourp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag. | A | Dividend | K | T | | | | | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Idacorp, Inc. | A | Dividend | J | T | | | | | |
| 5. Proctor & Gamble CS | A | Dividend | K | T | | | | | |
| 6. AT&T CS | A | Dividend | J | T | | | | | |
| 7. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 8. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 10. WADDELL & REED ACCT. | | | | | | | | | |
| 11. Waddell & Reed Strategy Port | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 12. Waddell & Reed Balanced Port | A | Dividend | J | T | Sold (part) | 03/16/18 | J | A | |
| 13. Waddell & Reed Bond Port | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 14. | | | | | Sold (part) | 03/16/18 | J | A | |
| 15. Waddell & Reed Core Equity | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 16. | | | | | Sold (part) | 03/16/18 | J | A | |
| 17. Waddell & Reed Growth Port | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Waddell & Reed High Income Port | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 19. | | | | | Sold (part) | 03/16/18 | J | A | |
| 20.  Waddell & Reed Science & Tech Port | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 21.  Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 22.  Waddell & Reed Trgt. Fd. Intl. Growth Port | A | Dividend | J | T | | | | | |
| 23.  Waddell & Reed Value Port | A | Dividend | J | T | | | | | |
| 24.  Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 25.  Waddell & Reed Mid Cap Gwth Port | A | Dividend | J | T | | | | | |
| 26.  Waddell & Reed Target Microcap Gwth | A | Dividend | J | T | | | | | |
| 27.  Waddell & Reed Target Energy Port | A | Dividend | J | T | | | | | |
| 28.  VOYA ACCT. | | | | | | | | | |
| 29.  VOYA Gwth and Inc. Portfolio | A | Dividend | J | T | | | | | |
| 30.  VOYA Large Cap Gwth Portfolio | A | Dividend | J | T | | | | | |
| 31.  VOYA FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 32.  VOYA JP Morgan Small Cap Core Eq. Port | A | Dividend | J | T | | | | | |
| 33.  VOYA Am. Fds. Int'l Port | A | Dividend | J | T | | | | | |
| 34.  IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ivy Asset Strategy Fd. | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 36. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 37. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 38. General Electric - CS | A | Dividend | J | T | | | | | |
| 39. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 40. McDonalds - CS | A | Dividend | J | T | | | | | |
| 41. Oppenheimer Int'l Growth Fd. | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 42. Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 43. Pimco Income Fd. | A | Dividend | K | T | | | | | |
| 44. TCW Total Return Bd. Fd. | A | Dividend | J | T | | | | | |
| 45. Wal-Mart Stores - CS | A | Dividend | | | Sold | 03/28/18 | J | A | |
| 46. Western Asset Core Plus Bd Fd. | A | Dividend | J | T | | | | | |
| 47. IRA - MERRILL LYNCH | | | | | | | | | |
| 48. The American Beacon London Inc Fd. | A | Dividend | J | T | | | | | |
| 49. Calamos Mkt Nev. Inc Fd | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 50. Clearbridge Large Cap Gwth Fd. | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 51. Blackrock Global | A | Dividend | | | Sold | 07/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Equity Div. Fd. | A | Dividend | J | T | | | | | |
| 53. Boston Partners Research Fd. | A | Dividend | K | T | | | | | |
| 54. Comm. Srvcs Select Sector | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 55. Consumer Discretionary SPDR | A | Dividend | J | T | | | | | |
| 56. Deleware Value Fd. | A | Dividend | K | T | | | | | |
| 57. Federated Int'l Leaders Fd. | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 58. First Trust Dow Jones Index Fd | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 59. iShares Edge MSCI Min Emging Mkts | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 60. iShares TIPS | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 61. iShares MSCI CDA ETF | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 62. iShares MSCI Switzerland | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 63. iShares MSCI Sweden ETF | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 64. iShares MSCI Pacific | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 65. iShares MSCI Japan ETF | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 66. iShares MSCI UK ETF | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 67. iShares MSCI INC CORE | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 68. iShares 3-7 yr Treas. Bd | A | Dividend | | | Sold | 07/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares U.S. Preferred ETF | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 70. iShares S&P 500 Gwth | A | Dividend | J | T | | | | | |
| 71. iShares MBS ETF | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 72. iShares S and P Mid-Cap 400 ETF | A | Dividend | J | T | | | | | |
| 73. Vaneck Vectors J.P. | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 74. First Tr. Exchange Traded Fd. | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 75. First Tr. ISE Cloud Comp | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 76. First Eagle Global | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 77. Oppenheimer Senior Floating Rate Fd. | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 78. Healthcare Select SPDR | A | Dividend | J | T | | | | | |
| 79. Powershares Preferred Portfolio | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 80. Powershares EM Sovereign Fd. | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 81. Real Estate Select Sector SPDR | A | Dividend | J | T | | | | | |
| 82. iShares NASDAQ Biotech | A | Dividend | J | T | | | | | |
| 83. Sector SPDR Energy | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 84. iShares 1BOXX | A | Dividend | J | T | | | | | |
| 85. iShares MSCI Eurozone ETF | A | Dividend | | | Sold | 03/06/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sector SPDR Real Estate Select | A | Dividend | J | T | | | | | |
| 87. SPDR U.S. Dvdnd Aristocrat ETF | A | Dividend | J | T | | | | | |
| 88. iShares Russell 1000 Value | A | Dividend | J | T | | | | | |
| 89. iShares Russell 1000 Growth | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 90. iShares TR Russell 2000 | A | Dividend | J | T | | | | | |
| 91. iShares US Treasury Bond | A | Dividend | J | T | | | | | |
| 92. iShares TR Core MSCI EAF ETF | A | Dividend | J | T | | | | | |
| 93. Pimco Foreign Bond Fd | A | Dividend | J | T | | | | | |
| 94. SPDR Blmbrg Brcly HiYd Bd | A | Dividend | J | T | | | | | |
| 95. T Rowe Price Emg Mkts Stk Fd | A | Dividend | J | T | | | | | |
| 96. Loomis Sayles Strategic Inc. | A | Dividend | K | T | | | | | |
| 97. Oakmark Global Selet Fd | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 98. Nuveen Real Estate Fd. | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 99. MFS Value Fd Cl 1 | A | Dividend | J | T | | | | | |
| 100. Neuberger Berman Int'l Eq. Fd | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 101. Sector SPDR Financial | A | Dividend | J | T | Buy (add'l) | 03/28/18 | J | | |
| 102. T. Rowe Price Blue Chip Gwth Fd. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Templeton Glbl. Bond Fd. | A | Dividend | K | T | | | | | |
| 104. TCW Total Rtn Bond Fd.. | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 105. Oakmark Int'l Fd | A | Dividend | J | T | | | | | |
| 106. Oppenheimer Global Opp.Fd. | A | Dividend | J | T | Buy | 7/23/18 | J | | |
| 107. Transamerica MidCap Fd. | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 108. Permanent Portfolio Fd. | A | Dividend | K | T | | | | | |
| 109. Vanguard Consumer Staples ETF | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 110. Vanguard Dividend Appreciation ETF | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 111. Vanguard Materials ETF | A | Dividend | J | T | Buy (add'l) | 03/06/18 | J | | |
| 112. Vanguard Mega Cap 300 | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 113. Vanguard Info. Tech. ETF | A | Dividend | J | T | | | | | |
| 114. Vanguard Intermediate Bd ETF | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 115. Vanguard Mid-Cap Val. Idx. | A | Dividend | J | T | Buy | 07/23/18 | J | | |
| 116. Vanguard Short Term Bd | A | Dividend | J | T | | | | | |
| 117. Merrill Lynch Money Market Fd. | A | Interest | L | T | | | | | |
| 118. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |
| 119. VOYA Corp. Leaders Fd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Prudential Short Term Bd. Fd. | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 121.  Procter & Gamble CS | A | Dividend | J | T | | | | | |
| 122.  Waddell & Reed Advisors Small Cap | A | Dividend | J | T | | | | | |
| 123.  Waddell & Reed Accumulative | A | Dividend | J | T | | | | | |
| 124.  Waddell & Reed Core Investment | A | Dividend | J | T | | | | | |
| 125.  Waddell & Reed Advisors Cash Management | A | Dividend | J | T | | | | | |
| 126.  BanCorp South CD | A | Interest | J | T | | | | | |
| 127.  Ivy VIP Asset Strategy | A | Dividend | K | T | | | | | |
| 128.  Ivy VIP Balanced Fd. | A | Dividend | J | T | | | | | |
| 129.  Ivy Energy Fd. | A | Dividend | J | T | | | | | |
| 130.  Ivy Global Nat'l Res. Fd. | A | Dividend | K | T | | | | | |
| 131.  Ivy Intl Grwth Fd. | A | Dividend | J | T | | | | | |
| 132.  Ivy Sci NC Tech Fd. | A | Dividend | J | T | | | | | |
| 133.  Utah My529 Acct (Vanguard Total Stock Market Index) | A | Dividend | K | T | Buy | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ J. DANIEL BREEN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544